**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

    **v.**                                    **CRIMINAL NO. 1:14CR60-2**
                                                           **(Judge Keeley)**

**KATLYN KENNEDY,**

        **Defendant.**

## ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S RECOMMENDATION THAT DEFENDANT'S GUILTY PLEA IN A FELONY CASE BE ACCEPTED AND SCHEDULING A SENTENCING HEARING

On October 1, 2014, defendant, Katlyn Kennedy ("Kennedy"), appeared before United States Magistrate Judge John S. Kaull and moved this Court for permission to enter a plea of GUILTY to Count Two of the Indictment. Kennedy stated that she understood that the magistrate judge is not a United States district judge and voluntarily waived her right to have an Article III judge hear and accept her plea and voluntarily consented to entering a guilty plea before the magistrate judge.

Based upon Kennedy's statements during the plea hearing and the testimony of Detective Mark Rogers as an independent basis in fact for the guilty plea, the magistrate judge found that Kennedy was competent to enter a plea of guilty, that the plea was freely and voluntarily given, that Kennedy was aware of the nature of the charges against her and the consequences of her plea, and that a factual basis existed for the tendered plea.

**USA v. KATLYN KENNEDY**                                         **1:14CR60-2**

**ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S
RECOMMENDATION THAT DEFENDANT'S GUILTY PLEA IN A FELONY
CASE BE ACCEPTED AND SCHEDULING A SENTENCING HEARING**

On October 10, 2014, the magistrate judge entered an Opinion/Report and Recommendation Concerning Plea of Guilty In a Felony Case ("Order/R&R") (dkt. no. 32) finding that a factual basis for the plea existed, and accepting Kennedy's plea of guilty to Count Two of the Indictment. His Order/R&R directed the parties to file any written objections to the Order/R&R within fourteen (14) days after service. It further directed that failure to file objections would result in a waiver of the right to appeal from a judgment of this Court regarding the Order/R&R. The parties have not filed any objections.

Accordingly, this Court **ACCEPTS** the magistrate judge's Order/R&R Regarding Plea of Guilty and **ADJUDGES** Kennedy **GUILTY** of the crime charged in Count Two of the Indictment, and pursuant to Fed. R. Crim. P. 11(c)(3)(A) and U.S.S.G. § 6B1.1(c) **DEFERS** acceptance of the proposed plea agreement until the Court has received and reviewed the presentence report prepared in this matter.

Pursuant to U.S.S.G. § 6A1 <u>et seq</u>.:

USA v. KATLYN KENNEDY                                         1:14CR60-2

# ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S RECOMMENDATION THAT DEFENDANT'S GUILTY PLEA IN A FELONY CASE BE ACCEPTED AND SCHEDULING A SENTENCING HEARING

1. The Probation Officer shall undertake a presentence investigation of **KATLYN KENNEDY** and prepare a presentence report for the Court;

2. The Government and Kennedy are to provide their versions of the offense to the probation officer by **November 3, 2014**;

3. The presentence report is to be disclosed to Kennedy, defense counsel, and the United States on or before **December 12, 2014**; however, the Probation Officer is not to disclose the sentencing recommendations made pursuant to Fed. R. Crim. P. 32(e)(3);

4. Counsel to file written objections to the presentence report on or before **December 22, 2014;**

5. The Office of Probation shall submit the presentence report with addendum to the Court on or before **January 5, 2015**; and

6. Counsel may file any written sentencing statements and motions for departure from the Sentencing Guidelines, including the factual basis from the statements or motions, on or before **January 16, 2015.**

The magistrate judge remanded Kennedy to the custody of the United States Marshals.

**USA v. KATLYN KENNEDY**                                          1:14CR60-2

**ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S
RECOMMENDATION THAT DEFENDANT'S GUILTY PLEA IN A FELONY
CASE BE ACCEPTED AND SCHEDULING A SENTENCING HEARING**

The Court will conduct the sentencing hearing on **Monday, January 26, 2015** at **1:30 P.M.** at the **Clarksburg, West Virginia** point of holding court.

It is so **ORDERED**.

The Court directs the Clerk to transmit copies of this Order to counsel of record and all appropriate agencies.

DATED: October 20, 2014

                                                /s/ Irene M. Keeley
                                                IRENE M. KEELEY
                                                UNITED STATES DISTRICT JUDGE